The People of the State of New York, Respondent, *v.* Jesse B. Earle, Appellant.

(Argued December 5, 1928; decided December 31, 1928.)

*Henry Hirschberg* for appellant.

*Elmer H. Lemon, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.